# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159155(79)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEVEN R. LILLY,
      Plaintiff-Appellee,

v

GRAND TRUNK WESTERN RAILROAD
COMPANY,
      Defendant-Appellant.
_____/

SC: 159155
COA: 338677
Wayne CC: 16-001908-NO

      On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Wayne L. Robbins, Jr., to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2019



Clerk